**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BARON WOLMAN,<br><br>Plaintiff,<br><br>v.<br><br>BUZZFEED, INC.,<br><br>Defendants. | Civil Action No.: 1:19-cv-09461-AKH |

**ORDER RE MOTION FOR SUBSTITUTION OF A PARTY**

i

## [PROPOSED] ORDER

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

The Baron Alan Wolman Archives Trust, appearing through its trustee, Kristi A. Wareham, Esq., is hereby substituted as the Plaintiff in this action per Fed. R. Civ. P. 25.

SO ORDERED.

Dated: February 9, 2021

By: /s/ Hon. Alvin K. Hellerstein
HONORABLE ALVIN K. HELLERSTEIN