UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
THE BARON ALAN WOLMAN ACHIEVES
TRUST,

                      Plaintiff,

    -against-

BUZZFEED, INC.,

                      Defendants.
------------------------------------------------------------- x

**ORDER APPROVING JOINT STIPULATION OF DISMISSAL**

19 Civ. 9461 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On August 23, 2022, the parties submitted a proposed joint stipulation of dismissal with prejudice. The proposed stipulation is hereby approved, and the case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees. The Clerk shall mark the case closed.

        SO ORDERED.

Dated:     August 29, 2022                 __/s/ Alvin K. Hellerstein____
            New York, New York          ALVIN K. HELLERSTEIN
                                                     United States District Judge